```
01  FREDERICK WILLIAM LEMBACH III
02  370051
03  ASPC - LEWIS/BARCHEY
04  P.O. BOX 70
05  BUCKEYE, AZ 85326
06
```

☒ FILED   ☐ LODGED

**Jun 18 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FREDERICK WILLIAM LEMBACH III, ) | CV- CV-25-8128-PCT-SMM (MTM) |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL RIGHTS |
| ) | COMPLAINT |
| (1) KRISTIN SHARIFI, ) | BY A |
| (2) DENNIS M McGRANE, ) | PRISONER |
| (3) STEVENS SISNEROS, ) | |
| (4) MICHAEL MORRISON, ) | JURY TRIAL DEMANDED |
| (5) TONY GONZALES, ) | |
| (6) CHAD NELSON, ) | ORIGINAL COMPLAINT |
| (7) Det. PERRY, ) | |
| (8) ANDRE SCHILLING, ) | |
| (9) DAVID RHODES, ) | |
| (10) STACEY APOLINAR, ) | |
| (11) J HUBBLE, ) | |
| (12) MIKKA HAWKINS, ) | |
| (13) KAYLA KEITH, ) | |
| (14) RACHEL STEVENS, ) | |

-1-

01 JANE DOE, )
02 JOHN DOE, )
03 Defendants. )
04
05              A. JURISDICTION
06
07 (1) This Court has jurisdiction over plaintiffs claims in violation
08 of Federal Constitutional Rights pursuant to 28 USC. §1343(a);
09 42 USC. §1983.
10
11 (2) Violations occured by the employees in and for the
12 Yavapai County Attorney's Office, the Yavapai County Sheriffs
13 office, Yavapai County Public Defender's Office, Yavapai Family
14 Advocacy Center, and the Chino Valley Police Department.
15 All within Yavapai County, Arizona.
16
17              B. PARTIES
18
19 (1) Plaintiff Frederick W Liembach III is incarcerated in
20 Buckeye, AZ. ASPC Lewis/Barchey. Before incarceration was
21 a citizen of Yavapai County, AZ. during the events
22 described in this complaint.
23
24 (2) Defendant(s) Kristin Sharifi, Stevens Sisneros and
25 Michael Morrison are Deputy County Attorney's employed by
26 the Yavapai County Attorney's Office for Yavapai County.
27 They are sued in their individual and official capacity.
28

-2-

01 (3) Defendant Dennis M McGrane is the County Attorney for
02 Yavapai County. He is sued in his individual and official
03 capacity.
04
05 (4) Defendant(s) Chad Nelson, Det. Perry and Andre
06 Schilling are employed by the Yavapai County Sheriff's
07 Office, for Yavapai County. They are sued in their
08 individual and official capacity.
09
10 (5) Defendant David Rhodes is the elected Sheriff in and
11 for Yavapai County. He is sued in his individual and
12 official capacity.
13
14 (6) Defendant Tony Gonzales is an attorney in and for
15 the Yavapai County Public Defenders Office. He is sued in
16 his individual and official capacity.
17
18 (7) Defendant J Hubble is employed by the Chino Valley
19 Police Department in Yavapai County. He is sued in his
20 individual and official capacity.
21
22 (8) Defendant Stacey Apolinar is employed with the Yavapai
23 Family Advocacy Center in and for Yavapai County. She
24 is sued in her individual and official capacity.
25
26 (9) Defendant(s) Minka Hawkins, Kayla Keith and Rachel
27 Stevens working as State actors in and for the Yavapai
28 County Attorney's, Yavapai County Sheriff's and the Yavapai

Family Advocacy Center in Yavapai County. They are sued in their individual capacity.

(10) Jane Doe is mother of minor (Carson Gilpin) working as state actor for the Yavapai County Sheriffs in Yavapai County. She is sued in her individual capacity.

(11) John Doe is employed by the Yavapai County Sheriffs in Yavapai County. He is sued in his official and individual capacity.

(12) All Defendant(s) acted under the color of state law at all times relevant to this complaint.

## C. PREVIOUS LAWSUITS

(1) Petitioner has never filed a lawsuit as a prisoner.

## D. INTRODUCTION

(1) This is a §1983 action filed by Frederick W Lembach III, a state prisoner, alleging Defendant(s) maliciously and vindictively prosecuted Plaintiff, violated his rights to family integrity and privacy, defamed Mr. Lembach and did not provide Equal Protection under the Due Process Clause of the Fourteenth Amendment of the United States Constitution.

(2) Plaintiff alleges his Sixth Amendment U.S.C. right(s)

-4-

01 were violated, Right to be Informed, under the Due Process
02 clause of the Fourteenth Amendment of the U.S.C.
03
04 (3) Plaintiff alleges he is Subjected to Double Jeopardy in
05 violation of the Fifth Amendment, under the Due Process clause
06 of the Fourteenth Amendment of the U.S.C.
07
08 (4) Plaintiff alleges he was Subjected to Cruel and Unusual
09 Punishment in violation of the Eighth Amendment under the
10 Due Process clause of the Fourteenth Amendment of the
11 U.S.C.
12
13 (5) Plaintiff is seeking Compensatory and Punitive damages.
14
15              E. CAUSE OF ACTION
16
17                  COUNT I
18
19 (1) Right to be Informed violation of Sixth Amendment, Subjected
20 to Double Jeopardy in violation of Fifth Amendment and the
21 Right of Due Process under the Due Process clause
22 of the Fourteenth Amendment of the United States
23 Constitution.
24
25 (2) Malicious and Vindictive Prosecution to INJURE.
26
27
28

## COUNT I (cont)

(3) Supporting Facts:

(a) Plaintiff was arrested July 18 2023, by Defendant Nelson. Detained in the Yavapai County Jail until transferred Aug 01 2024 to the Arizona Department of Corrections.

(b) Defendant Sharifi is under the supervision of Defendant McGrane.

(c) Before June 07 2024, Defendant Sharifi knowingly and intelegently knew Mr. Lembach wanted to go to trial to protect his actual innocence.

(d) June 07 2024, Defendant Sharifi handed Mr Lembach five pages of emails and said, "If you think I am blackmailing you, sue me."

(e) Email dated March 25 2024 states, "It is my understanding that your client is not interested in the Plea Agreement I discussed verbally with you; 3.5 years DOC, Lifetime Probation tails, SO registration."

(f) April 01, 2024 and April 08, 2024 emails discuss scheduling trial dates.

(g) April 10, 2024, Defendant Sharifi writes, "I wanted to ask one more time, are you going to be representing the wife? I was waiting to see if we

-6-

## COUNT I (cont)

03 could work this case out before I go back to GJ. My plan
04 is to reindict and indict her on similar charges."

06 (h) Fifth Amend. U.S.C. reads, "nor shall any person be subject
07 for the same offense to be twice put in jeopardy of life or limb;
08 nor be deprived of life, liberty, or property, without due
09 process of Law."

11 (i) Aug 18 2023 Defendant McGrane filed a Motion to Dismiss
12 with the Yavapai County Prescott Justice Court J1303CM2023000224
13 State of Arizona v. Trinity Rose Lembach. Dismissed
14 Aug. 21 2023.

16 (j) Until June 7 2024 Mr Lembach had no knowledge of
17 the threats or potential harm to his family by the defendant(s)
18 in the Yavapai County Attorney's Office.

20 (k) under duress, threats and coercion of the defendant(s)
21 Mr Lembach signed Plea Agreement June 10 2024.

23 (l) Plea Agreement does not and fails to state, "My plea
24 is voluntary and not the result of force, or threat,
25 or promises other than those contained in the plea
26 agreement."

28 (m) Eighteen days after alleged assault on July 14, 2023

-7-

## COUNT I (cont)

03 Defendant APOLinar performed an incomplete Sexual Assault Nurse
04 Exam on Defendant's Stevens daughter.

06 (n) Defendant Perry was present during S.A.N.E. exam.

08 (o) Based off SANE exam defendant Nelson arrested Mr Lembach
09 without warrant on July 18 2023.

11 (p) Mr Lembach invoked his Fifth Amendment U.S.C. Rights.

13 (q) Charging document was filed July 25th 2023 for
14 S1300CR202300841.

16 (r) July 26 2023 Defendant Sisneros acknowledged the State's
17 pressing for "overarching" charges.

19 (s) Defendant Sisneros commented," It is the right to refuse
20 Search and seizure, it is your right to ask for an attorney
21 and to remain silent, That is something that you are
22 not to hold against the defendant. It is their absolute
23 right -- I should not say defendant, the Suspect, It is
24 their absolute right." Then says, "If someone says they
25 dont want to talk to Police it is appropriate and well
26 with their rights."

28 (t) Defendant Sisneros willfully and intentionally directed

-8-

## COUNT I (cont)

03 hearsay and falsified testimony to Defendant Nelson. Mr. Nelson
04 saying, "I do have some brief memory what the deputy told me
05 that conversation entailed."

07 (u) July 26 2023, two and a half hours after Grand Jury,
08 Defendants representing the State "Lured" Mr Lembach to an
09 unannounced Bail Hearing.

11 (v) Defendant Morrison willfully and intentionally directed hearsay
12 and falsified testimony to Defendant Nelson, that introduced
13 fabricated evidence.

15 (w) Defendant(s) Morrison, Nelson and Gonzales knowingly and
16 intelligently allowed false and Perjured testimony along with
17 fabricated evidence to gain a tactical advantage over mr.
18 Lembach where Mr Lembach was denied bail, oppressing
19 him and his family.

21 (4) INJURY: Defendants violation with gross negligence
22 of Mr Lembach's Constitutional rights, oppressed,
23 discriminated, defamed and intruded into Mr Lembach's
24 Private Marital and family affairs that led to a
25 Malicious and Vindictive Prosecution of Mr Lembach.
26 This led to incarceration with Past, Present and
27 future Physical and emotional harm. This Has caused
28 severe emotional distress, sleeplessness, anxiety, stress,

## COUNT I (cont)

03 marital problems, humiliation, physical and mental pain and
04 suffering with injury to feelings, loss of society, love, affection,
05 care, attention, companionship, comfort and protection of his
06 family; Injury to his and his families past, present and
07 future income; Injury to personal rights, freedom of speech,
08 right to bear arms and the right to vote.

10 (5) Remedies:
11     Plaintiff is not benifited an appeals process, the only
12 remedy to ensure fair adjudication is civil remedy in Federal
13 court.

## COUNT II

17 (1) Right of family integrity and privacy under the Due Process
18 Clause of the Fourteenth Amendment of the U.S.C.

20 (2) Conspiracy to deprive and Injure Plaintiffs Fundamental
21 Liberty with regaurd to Marriage.

23 (3) Supporting Facts:
24 (a) On and around June 28 2023, Defendant(s) Schilling,
25 Hubble, Hawkins, Keith and Stevens Conspired with each
26 other agains Mr Lembech.

28 (b) Defendant(s) willfully and intentionally implied and

## COUNT II (cont)

discussed Mr Lembach's Legal marriage, wifes age, Procreation with his wife and dynamics of his family during a pizza party, while interviewed at the Chino Valley Police Department.

(c) Defendant(s) comments to each other were, "His wife is pretty young," "wife is very young too," "She's Just a Child," "his 19 year old wife," and "his 19 year old spouse."

(d) Defendant(s) openly discussed in Public Mr Lembach's child and family dynamics with each other.

(e) Defendant(s) Sisneros and Nelson openly discussed wifes age and child with Grand Jury.

(f) Defendant Sisneros said to defendant Nelson, "There is his wife, Trinity, which is 19 years old; is that correct?" "And they also have a young child between the two of them?"

(g) Defendant Morrison asks defendant Nelson, "she's 19 years old?", "Thats correct." "His wife, who's 19 years old."

(h) Defendant Sharifi writes in an email, "what I beleive you are missing is the initial disclosures that was provided to the Public defenders office, we are sending it to you Today."

## COUNT II (cont)

(i) July 26 2023, Hon. John Erickson ask's defendant Gonzales if he had a chance to confer with Mr. Lembach, he said he has not.

(3) Public defenders office never represented Mr. Lembach.

(i) Jane Doe is mother of minor (Carson Gilpin) who conspired with Defendant Schillins against Mr. Lembach.

(4) INJURY: Defendant(s) conspiracy to injure with gross neglagence in violation of Mr. Lembach's U.S.C. Rights, oppressed, discriminated, defamed and intruded into Mr. Lembach's private marital affairs and his family integrity. This led to incarceration with past, present, future physical and emotional harm. Has caused him severe emotional distress, sleeplessness, anxiety, stress, marital problems, humiliation, physical and mental pain and suffering; with injury to feelings, loss of society, love, affection, care, attention, companionship, comfort and protection of his family; injury to his and his families past, present and future income; Injury with loss to personal rights, freedom of speech, right to bear arms and right to vote.

(5) Remedies:
   Plaintiff i'n not benifited an appeals process, the only remedy to ensure fair adjudication is civil remedy

-12-

## COUNT II (cont)

in Federal Court.

## COUNT III

(1) Right to be informed in violation of the Sixth Amendment, deprived of equal protection of the Fourteenth Amendment under the Due Process Clause of the Fourteenth Amendment of the U.S.C.

(2) Government discrimination to Injure.

(3) Supporting Facts:

(a) Plea agreement dated June 10 2024, fails to inform Mr Lembach of his right to equal protection of Post Conviction relief.

(b) Plea agreement fails to inform the Courts that, "My Plea is voluntary and not the result, or threat, or promises other than those promises contained in the Plea agreement."

(c) April 7 2025 Mr Lembach filed his Notice of Post Conviction relief.

(d) July 03 2023 Defendant McGrane and Sharifi violated Plea Agreement.

## COUNT III (cont)

03 (e) All Defendant(s) in complaint, discriminated against
04 Mr Lembach's Legal Marriage.

06 (f) Mr Lembach's "Silence" was used against him.

08 (G) Mr Lembach never received adequate, legal notice of the
09 charges against him.

11 (h) Defendant Gonzales never communicated with Mr Lembach.

13 (i) Defendant Sisneros commented to my silence and Fifth
14 Amendment Rights.

16 (j) Defendant Morrison and Sisneros introduced fabricated
17 evidence with false and pursured testimony of Defendant Nelson.

19 (4) INJURY: Defendant(s) discrimination, gross negligence
20 and violation of Mr Lembach's equal Protection rights led to
21 Incarceration with Past, Present and future harm, to him and
22 his family. Causing severe emotional distress, sleeplessness,
23 anxiety, stress, marital problems, humiliation, mental, physical
24 Pain and suffering; INJury to feelings, loss of society,
25 love, affection, care, attention, companionship, comfort and
26 protection of his family; with INJury to Mr Lembach's
27 and families past, Present and future earnings; Injury
28 with loss of Personal rights.

## COUNT III (cont)

(5) Remedies:
Plaintiff is not benifited an appeals process, the only remedy to ensure fair adjudication is civil remedy in Federal Court.

## COUNT IV

(1) Violation of the Eighth Amendment under the Due Process and equal Protection clause of the Fourteenth Amendment of the U.S.C.

(2) Cruel and Unusual Punishment

(3) Supporting Facts:
(a) Upon arrest by Defendant Nelson, Plaintiff became under the care and supervision as a pretrial detainee of Defendant David Rhodes.

(b) Mr Lembech was denied medical care and treatment while detained by defendant Rhodes.

(c) Mr Lembech was denied past, current and future medical care.

(d) Defendant Rhodes Knowingly and Intelegently knew of Mr Lembech's Severe medical conditions and the

## COUNT IV (cont)

03. current medical care he was receiving prior and during
04. detention.
05.
06. (e) Mr Lembach was denied access to the Courts and Physical
07. access to a law library.
08.
09. (f) Defendant Rhodes knew Mr Lembach was injured during
10. detention.
11.
12. (g) While detained in the Yavapai County Jail in Camp Verde, AZ,
13. Mr Lembach suffered a right shoulder injury. He could not lift,
14. push, pull or climb with his right shoulder. He received
15. a xRay.
16.
17. (h) Mr Lenbach informed medical staff and officers he
18. needed an MRI.
19.
20. (I) Months went by Mr Lenbach was transferred to the
21. Prescott Jail. There he stated again his medical needs.
22. again received an xray.
23.
24. (J) While detained at the Prescott Jail an inmate that
25. was just sentenced and then housed with pretrial
26. detainees jumped off the 2nd floor tier in a suicide
27. attempt.
28.

-16-

## COUNT IV (cont)

(k) Mr Lembach braced inmates fall and prevented more severe injuries.

(l) YCSO provided another XRay, again informing them I needed an MRI. Mr Lembach was told by staff, "There waiting for you to go to DOC. Subjecting Mr. Lembach to harm, pain and suffering.

(m) Year and a half later, Mr Lembach received the MRI, needed surgery. Mr Lembach still requires treatment and care.

(n) During detention Mr Lembach was denied adequate and an effective physical access to a Law Library.

INJURY: Defendants gross neglagence, grave unfairness, substantial infringement, diliberate flouting of State and Federal Law and depervation, subjected Mr Lembach to past, present and future harm causing severe emotional distress, sleeplessness, anxiety, stress, marital problems, humiliation, mental, physical pain and suffering; Injury to body; Injury to feelings, loss of society, love, affection, care, attention, companionship and protection of his family; With injury to past, present and future earnings; Injury with loss to First and Second Amendment rights.

-17-

## COUNT IV (cont)

(5) Remedies:
   Plaintiff is not benifited on appeals process, the only remedy to ensure fair adjudication is Civil Remedy in Federal Court.

## F. REQUEST FOR RELIEF

Wherefore, Plaintiff request this Court grant the following relief:

(1) Declare Plaintiff Frederick W. Lembach III exonerated. That the Defendent(s) violated Mr Lembach's First, Fifth, Sixth and Fourteenth Amendmate of the U.S.C fundamental rights;

(2) Declare Defendent Kristin Sharifi maliciously and vindictively prosecuted Mr Lembach in violation of the Due Process Clause of the Fourteenth Amendment of the U.S.C. when she threatened and coerced Plaintiff into a Plea agreement and violated Mr Lembach's Fifth Amendment Right by subjecting him to be twice put in Jeopardy of his life and deprived him of his life, liberties and property, without due process of the law to protect his actual innocence;

(3) Declare Defendent(s) Morrison and Stevens Sisneros violated Mr Lembach's Fourteenth Amendment of the U.S.C. right of Due Process, depriving Mr Lembach of his fundamental liberty with right to Marital Privacy and integrity;

-18-

## F. REQUEST FOR RELIEF (cont)

(4) Declare Defendant(s) Morrison and Gonzales violated Mr Lembech's Sixth Amendment of the U.S.C. right to be informed of the nature and cause of accusation, depriving Mr Lembech of his due process under the U.S.C. Fourteenth amendment;

(5) Declare Defendant Dennis M McGrane allowed his subordinates to conduct a malicious and vindictive prosecution of Mr Lembech in violation of his fundamental and substantial rights under the Fifth, Sixth and Fourteenth Amendments of the U.S.C., depriving Mr Lembech of his Life, Liberties and Property without due process;

(6) Declare Defendant(s) Schilling, Hubble, Hawkins, Keith and Stevens conspired against Mr Lembech, violating his Fourteenth Amendment of the U.S.C. fundamental right to Marital Privacy and integrity depriving him of his Life, Liberty and Property;

(7) Declare Defendant(s) Nelson, Perry and Apolinar violated Mr Lembech's rights of due process and equal protection of the Fourteenth Amendment of the U.S.C., when defendants conspired against Plaintiff falsifying evidence to gain a tactical advantage oppressing him and depriving him of his Life, Liberty and Property;

(8) Declare Defendant Rhodes subjected Mr Lembech

## F. REQUEST FOR RELIEF (cont)

03 to Cruel and unusual Punishment in violation of the Eighth
04 Amendment of the U.S.C., and deprived Mr Lembech of his
05 fundamental rights to basic medical care and legal access
06 depriving him of his Life, Liberty and Property, under the Due
07 Process Clause of the Fourteenth Amendment of the U.S.C.;

09 (9) Declare Defendant(s) are not to violate plaintiffs First
10 Amendment of the U.S.C., right not to be retaliated against
11 him or his family for filing lawsuit;

13 (10) Award Plaintiff compensatory damages in the amount of
14 $25,000,000.00 for Mr Lembech's Emotional and
15 Physical Injuries and Punitive damages against each
16 defendant, and;

18 (11) Grant Plaintiff such relief as it may appear
19 Mr Lembech is entitled to.

21 I declare under penalty of perjury that the foregoing
22 is true and correct.

25 Executed on 06/18/2025
   DATE                                SIGNATURE OF PLAINTIFF